JS-6

ALDERLAW, PC
Michael Alder, State Bar No. 170381
cmalder@alderlaw.com
Jennifer Burkes, State Bar No. 275790
jbures@alderlaw.com
Jefferson Saylor, State Bar No. 285253
jsaylor@alderlaw.com
1840 Century Park East, 15th Floor
Los Angeles, California 90067
Tel: (310) 275-9131
Fax: (310) 275-9132

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOHN CLEVELAND TINKLER, Individually and as Wrongful Death Beneficiary of John Thomas Tinkler, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> ROBERTO GONZALEZ, Individually and d/b/a Robi's Trucking; RONALD W. BRAY, an individual; RAVEN INC. dba RAVEN LOGISTICS, a California Corporation; ZACHARY MAYNE, an individual; OLIVER FUERSTENAU, an individual; P.V. HOLDING CORP., a Delaware Corporation; ROBERT THOMAS WALKER, an individual; JOHN HOWARD SPRAGUE, an individual; ALL FREIGHT SYSTEMS, INC., a Kansas Corporation; The Testate and Intestate Successors of RONALD CARL ANDERSON, Deceased, and All Persons Claiming By, Through, or Under Such Decedent; and DOES 1 to 50, Inclusive, <br><br> Defendants. | **CASE NO. 5:14-cv-02116-JGB-DTB** <br><br> **Judge:** Hon. Jesus G. Bernal <br> **Magistrate:** Hon. David T. Bristow <br><br> **ORDER** |

1

ORDER FOR REMAND TO
THE SAN BERNARDINO SUPERIOR COURT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Court, having read and considered the stipulation by and among certain parties to the above-entitled matter and good cause appearing, hereby orders that this matter shall be remanded to the San Bernardino Superior Court. The Court does *not* award Plaintiff fees and costs under 28 U.S.C. 1447(c).

Dated: December 5, 2014

HON. JESUS G. BERNAL
DISTRICT COURT JUDGE